**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE FELIX GARCIA CORTES,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **No. 26-cv-5477** |
| | : | |
| **J.L. JAMISON, et al.,** | : | |
| *Respondents.* | : | |

## <u>ORDER</u>

**AND NOW**, this **4th** day of **August 2026**, upon review of Petitioner Jose Felix Garcia Cortes' Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Response to Petition for Writ of Habeas Corpus (ECF No. 4), and the docket, it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this District's prior cases, *see, e.g.*, Memorandum Opinion at 1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025); Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec. 9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D. Pa. Dec. 22, 2025); Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  Accordingly, the Petition (ECF No. 1) is granted insofar as Petitioner's detention without a bond hearing is unlawful.

2. On or before **<u>August 11, 2026</u>**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

3.  If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **August 11, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

4.  Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED** for the purpose of holding a bond hearing.

5.  The Parties shall file a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **August 18, 2026 at 5:00 p.m.**  Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**