**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE FELIX GARCIA CORTES,** *Petitioner,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 26-cv-5477** |
| | : | |
| **J.L. JAMISON, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **18th** day of **August 2026**, upon review of the parties' Joint Status Report (ECF No. 7), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now lifted.
2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**